# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 251st District Court of Randall County, Texas | 69346C |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff, Sparky's Storage Solutions, Ltd. | Robert Grisham, Grisham & Kendall, PLLC, 5910 N. |
   | | Central Expressway, Suite 925, Dallas, TX 75206, |
   | | (214) 987-0098; State Bar No. 00792550 |
   | | |
   | See attached | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   [✔] Yes       [ ] No

   If "*Yes*," by which party and on what date?

   Plaintiff                                             December 23, 2015
   Party                                                 Date

4. **Answer:**

   Was an Answer made in State Court?  [✔] Yes    [ ] No

   If "*Yes*," by which party and on what date?

   | All Defendants | February 1, 2016 |
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Breach of Contract, Insurance Code Violations, Unfair Claims Settlment Practices Violations, Deceptive Trade Practices Violations, Prompt Payment Violations. |

Supplemental Civil Cover Sheet

2. **Defendant, McLarens, Inc. d/b/a McLarens Global Claims Service**

   Raymond L. Gregory II
   Eggleston & Briscoe, LLP
   333 Clay Street, Suite 4800
   Houston, Texas 77002
   (713) 659-5100
   State Bar No. 08438275

   **Defendant, Tim Fitzgerald**

   Raymond L. Gregory II
   Eggleston & Briscoe, LLP
   333 Clay Street, Suite 4800
   Houston, Texas 77002
   (713) 659-5100
   State Bar No. 08438275