THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| SPARKY'S STORAGE SOLUTIONS, LTD. | * | |
| | * | |
| VS. | * | 2:16-CV-022-J |
| | * | |
| LEXINGTON INSURANCE COMPANY, ET AL | * | |

## ORIGINAL RULE 16 SCHEDULING ORDER

1. The parties shall be ready for trial by **October 17, 2016**. This is not a trial setting. This case will be set for trial by later order of the Court.

2. Unless this case is exempt under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, counsel and any parties not represented by counsel will conduct a Rule 26(f) conference within 21 days from the date of this order. Rule 26(a)(1) disclosures are required not later than 14 days after the Rule 26(f) conference.

Counsel are reminded that the disclosures by Rule 26(a)(1) are not to be filed with the Clerk.

3. The parties shall confer to develop a discovery plan and immediately after the Rule 26(f) conference begin discovery necessary for meaningful settlement negotiations and for mediation. Counsel shall file a joint report setting forth the status of settlement negotiations by **May 23, 2016.** If the case has not settled, it will be subject to mandatory mediation.

4. All discovery procedures shall be initiated in time to complete discovery by **August 15, 2016.** Counsel may extend the discovery deadline for a specific discovery procedure by written agreement. However, no such extension will be considered good cause for an extension of any other deadline or the time for mediation.

5. Parties seeking affirmative relief must file a written designation of expert witnesses by **April 18, 2016**, and must provide Rule 26(a)((2) disclosures to all other parties by **May 16, 2016.** Parties opposing affirmative relief must file a written designation of expert witnesses by **May 9, 2016**, and must provide Rule 26(a)(2) disclosures to all other parties by **June 6, 2016.**

The expert designations are to be filed. Parties are to exchange Rule 26(a)(2) expert reports, but are not to file them.

6. Motions deadlines are as follows:

To join parties: **March 28, 2016.**

To amend pleadings: **August 8, 2016.**

For summary judgment: **August 15, 2016.**

All other motions except motions in limine: **September 12, 2016.**

7. The deadline for filing Rule 26(a)(3) disclosures is **October 3, 2016**

8. **THESE SCHEDULING DEADLINES WILL BE FIRM** and shall not be modified except as specifically provided for herein or by leave of Court upon a detailed factual showing of good cause and due diligence in compliance with this Order.

It is SO ORDERED this the ____ day of February, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE